No. 98–9111. RODRIGUEZ v. VIGLIOTTI ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–9113. MARTIN v. SCOTT, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–9114. METCALF v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 98–9116. LAMPKINS v. BEELER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–9118. LUDWIG v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–9120. KIMBERLIN v. BIDWELL, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 98–9125. BROWN v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 98–9126. HENDRICKSON v. McGINNIS, DIRECTOR, MICHIGAN DEPARTMENT OF CORRECTIONS. C. A. 6th Cir. Certiorari denied.

No. 98–9127. HARRIS v. BALLARD ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–9132. MACRI v. SWEEK ET AL. Sup. Ct. Fla. Certiorari denied.

No. 98–9136. RANKIN v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 98–9140. TRAVIS v. OHIO. C. A. 6th Cir. Certiorari denied.

No. 98–9141. BERTONIERE v. KAYLO, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–9142. BURNS v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.